No. 87–5733. NOLL v. BLEVINS, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 87–5738. WOOLUM v. PARKE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 87–5747. TELEPO v. NEW JERSEY ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 87–5758. BILLET v. AMERICAN FAMILY PUBLISHERS ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–5800. BERTON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 87–5802. HESTER v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 87–5812. ROAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–5822. LATORRE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 87–5832. PAGE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 87–5845. FINOCCHIARO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 87–5870. SIMMONS v. TUDOR ENGINEERING CO. C. A. 9th Cir. Certiorari denied.